WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCES A. WILSON, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>DELTA SYSTEMS ENGINEERING, INC., an Arizona corporation; AND DOES 1-50, inclusive,<br><br>   Defendants. | Case No. 2:15-cv-01836-GMN-PAL<br><br>**ORDER GRANTING MOTION FOR ADJUSTER PANAGIOTA AINALAKIS-BARONE TO APPEAR TELEPHONICALLY FOR HEARING SET FOR FEBRUARY 10, 2016 AT 9:00 A.M.** |

Upon consideration of the Motion for Leave to Appear Telephonically ("Motion") filed by Defendant Delta Systems Engineering, Inc. ("Delta") and good cause appearing, it is hereby:

ORDERED that the Motion be and hereby is granted and Adjuster for Delta may appear telephonically for the Early Neutral Evaluation Session scheduled for February 10, 2016 at 9:00 a.m.

DATED: January 28, 2016

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

LEGAL:10546-0002/5301802.1    -1-    Case No. 2:15-cv-01836-GMN-PAL